UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ANTHONY AVILA,<br><br>           Petitioner,<br><br>    v.<br><br>KIM HOLLAND, WARDEN,<br><br>           Respondent. | CASE NO. CV 12-5272-JSL (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:    10/22/13

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\MagJ5272.wpd